

136 P.3d 904

# SUPREME COURT OF HAWAI'I

**June 14, 2006**

| 25318 | State v. Jim | Affirmed; Reversed and Dismissed |
| 25350 | Young v. State | Affirmed |

**June 21, 2006**

| 26934 | Haque v. Hawaii Residency Program, Inc. | Affirmed |

**June 26, 2006**

| 26503 | State v. Kakugawa | Affirmed |

**June 30, 2006**

| 26617 | Tahara v. Matson Terminals, Inc. | Affirmed |